

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTINE C. BUCHA, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | NO. 06-0525 |

**FILED**
DEC 5 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 4th day of December, 2007, after careful review and independent consideration of Plaintiff's request for review, Defendant's response thereto, Plaintiff's Reply Brief, and review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED that:

(1)   The Report and Recommendation be APPROVED and ADOPTED;

(2)   The Plaintiff's Request for Review is GRANTED in part and DENIED in part; and

(3)   The matter is REMANDED to the Commissioner of Social Security Administration to allow the Administrative Law Judge (ALJ) to conduct additional proceedings consistent with this Report and Recommendation. On remand, the ALJ shall: (a) re-evaluate the assessments of Plaintiff's treating physician (b) re-evaluate Plaintiff's RFC considering all of her mental impairments; and (c) submit a revised residual functional capacity assessment to a vocational expert to determine what positions, if any, Plaintiff could perform in the national economy, given all of her legitimate mental impairments as determined by the ALJ.

It be so ORDERED.

_____
CURTIS JOYNER, J.